UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-60691-CIV-COHN
(ADV. NO. 10-02612-BKC-RBR-A)

In Re: ROTHSTEIN ROSENFELDT ADLER, P.A.,

    Debtor.
_____/
HERBERT STETTIN, Chapter 11 Trustee,

      Plaintiff,
vs.

RUSSELL ADLER and KATIE ADLER,

    Defendants.
_____/

## AMENDED ORDER SETTING ADDITIONAL PRETRIAL DEADLINES

**THIS CAUSE** is before the Court upon review of a similar order signed by United States Bankruptcy Judge Raymond B. Ray.[1]  This Order harmonizes the small differences between the orders.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. All requirements in Judge Ray's Order [DE 173 in Adv. No. 10-2612-RBR], exhibit for paragraphs 3 and 4, shall remain in place;

2. As motions in limine are inherently part of the trial in this case, this Court will hear such motions, as well as decide upon the admissibility of any summaries under Federal Rule of Evidence 1006.

3. The deadline for motions in limine remains January 25, 2011, with responses to motions in limine due by 4:00pm on February 4, 2011.  Any oral argument,

---

[1] Although signed by Judge Ray on January 10, 2011, his Order [DE 173 in Adv. No. 10-2612-RBR] was not uploaded by the Bankruptcy Court's Clerk's office until this morning, just one hour before this Court's similar order was entered into the District Court docket.  As the courts' dockets are separate, the Court did not receive a copy of Judge Ray's order until after it entered its own order.

    if necessary, will be heard at Calendar Call;

4. Deposition Designations for use at trial for unavailable witnesses shall be due by February 8, 2011, with counter-designations and objections to deposition designations due by February 11, 2011;

5. Proposed Jury Instructions and verdict forms shall be due by February 11, 2011.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 12th day of January, 2011.

_____
JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record

U.S. Bankruptcy Judge Raymond Ray

2